# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **KHASEEM WHITE** | : | No.  22-0016 |

# O R D E R

**AND NOW**, this 9th day of August, 2022, upon consideration of Defendant Khaseem White's Motion to Dismiss the Indictment (Doc. No. 26), the Government's response (Doc. No. 28), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion (Doc. No. 26) is **DENIED**.

**IT IS FURTHER ORDERED AS FOLLOWS:**

1. The government shall file a trial memorandum setting forth the essential elements of the offenses, the facts which it intends to present, the identity of each witness it intends to call at trial, a statement of the substance of each witness's testimony, and any legal issues by **August 23, 2022**.  Defendant is not required to file a trial memorandum but may do so by this date;

2. The parties shall file any motions *in limine* by **August 23, 2022**;

3. The parties shall file and submit proposed jury instructions and a proposed verdict slip by **August 23, 2022**;

4. The parties shall file opposition to any motions *in limine* by **August 30, 2022**;

5. The parties shall file and submit any objections to the proposed jury instructions and verdict slip by **August 30, 2022**;[1]

---

[1] The parties shall refer to the undersigned's policies and procedures for further instruction in this

6.       The parties shall provide questions for *voir dire* and a joint statement of the case[2] to be read during *voir dire* no later than **August 30, 2022**;

7.       The Court will hold a final pretrial conference on **Tuesday, September 6, 2022**, at **3:30 p.m.** in the United States District Court, James A. Byrne United States Courthouse, 601 Market Street, 5th Floor, Philadelphia, Pennsylvania;

8.       The selection of a jury shall take place on **Tuesday, September 13, 2022**, at **9:30 a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined; and

9.       A jury trial shall commence immediately following jury selection at a courtroom to be determined.

BY THE COURT:

/s/ Karen Spencer Marston

_____  
Karen Spencer Marston, J.  
United States District Judge

---

regard. *See* https://www.paed.uscourts.gov/documents/procedures/marpol.pdf.

[2] The joint statement of the case can be emailed to Chambers and does not have to be filed on the docket.